

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-29-2009

# Tahiraj-Dauti v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-1925

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Tahiraj-Dauti v. Atty Gen USA" (2009). *2009 Decisions*. Paper 1462.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1462

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-1925
_____

ZAIM TAHIRAJ-DAUTI;
MERITA TAHIRAJ-MAMO,

Petitioners,

v.

ATTORNEY GENERAL OF THE UNITED STATES,

Respondent.

_____

On Petition for Review from an
Order of the Board of Immigration Appeals
(Board Nos. A76-821-259 & A76-821-263)
Immigration Judge: Honorable Roger Pauley

_____

**Present**: CHAGARES and HARDIMAN, *Circuit Judges,* and ELLIS,[1] *District Judge*

**SUR PETITION FOR PANEL REHEARING**

_____

The judges who participated in the decision of this Court having considered the petition for rehearing filed by Petitioners and the brief of amici curiae American Civil Liberties Union, American Civil Liberties Union of New Jersey, and American Civil Liberties Union of Southern California in the above-entitled case, panel rehearing is hereby GRANTED for the reasons stated by amici. The non-precedential opinion filed on

_____

[1]The Honorable Thomas Selby Ellis, III, Senior District Judge for the United States District Court for the Eastern District of Virginia, sitting by designation.

January 30, 2009 is hereby VACATED and the attached opinion is filed forthwith.  The petition for panel rehearing submitted by Petitioners is hereby DISMISSED as moot because of our grant of panel rehearing based on the brief of amici.

By the Court,

/s/ Thomas M. Hardiman
Circuit Judge

Dated:  April 29, 2009

2